**JENNIFER S. CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

APR 0 7 2022

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR ARTHUR LOFF, <br><br> Defendant. | CR 22-21-M-DLC <br><br> **INDICTMENT** <br><br> **PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNITION** <br> Title 18 U.S.C. § 922(g)(1) (Count I) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **DRUG USER AND ADDICT IN POSSESSION OF FIREARMS AND AMMUNITION** <br> Title 18 U.S.C. § 922(g)(3) (Count II) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **CRIMINAL FORFEITURE** <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

## COUNT I

That on or about December 20, 2020, at Kalispell, in Flathead County, in the State and District of Montana, the defendant, VICTOR ARTHUR LOFF, knowing he had been convicted on or about May 11, 2018, of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Montana, and convicted on or about December 30, 2019, of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Idaho, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

That on or about December 20, 2020, at Kalispell, in Flathead County, in the State and District of Montana, the defendant, VICTOR ARTHUR LOFF, knowing he was an unlawful user and addicted to a controlled substance, as defined in 21 U.S.C. § 802, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(3).

///

///

///

///

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this indictment, the defendant, VICTOR ARTHUR LOFF, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offenses.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney